**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Leslie R. Pogue & Jeannette I. Pogue v. Elizabeth A. Williamson

Appellate case number:  01-17-00844-CV

Trial court case number:  2012-56353

Trial court:                      164th District Court of Harris County

        This appeal was abated pending a determination of appellee's attorney's authority to proceed with the appeal following the death of appellee. Appellants have now filed a "Motion to Remove Abatement," and attorneys for the appellee have likewise filed reports indicating that the appeal may now proceed on the brief filed prior to appellee's death. *See, e.g.*, TEX. R. APP. P. 7.1(a)(1).

        We lift the abatement and reinstate the appeal on the active docket. The case is set for submission on the briefs, oral argument denied, on Wednesday, January 15, 2020, to a panel of Justices Lloyd, Kelly, and Hightower.

        It is so ORDERED.


Judge's signature: ___/s/ Richard Hightower_____
                            Acting individually



Date: _____December 19, 2019_____